# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-2122
_____

STATE OF FLORIDA,

Appellant/Cross-Appellee,

v.

NICHOLAS CAUSEY,

Appellee/Cross-Appellant.

_____

On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

March 28, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellant/Cross-Appellee.

Christopher M. Chestnut of The Chestnut Firm, LLC, Atlanta, Georgia, for Appellee/Cross-Appellant.